UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SONG WANG,

    Petitioner,

v.

JERI BOE,

    Respondent.

Case No. C20-209-JLR

ORDER DISMISSING ACTION

The Court, having reviewed Petitioner's petition for writ of habeas corpus, Respondent's answer thereto, the Report and Recommendation of Michelle L. Peterson, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Petitioner's petition for writ of habeas corpus (dkt. # 3) is DENIED, and this action is DISMISSED with prejudice.

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

ORDER DISMISSING ACTION
PAGE - 1

1  (4)  The Clerk is directed to send copies of this Order to Petitioner, to counsel for
2  Respondent, and to the Honorable Michelle L. Peterson.

3  DATED this 4th day of August, 2020.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2